7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Lance Nelson Milberger
*Debtor*

*Bankruptcy Case No.*
13–43431–can7

**Julie Gomoletz**
 Plaintiff(s)

*Adversary Case No.*
13–04175–can

v.

**Lance Nelson Milberger**
 Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: For the reasons announced orally on the record on this February 28, 2014, Defendants Motion for Summary Judgment is denied. Finding that Plaintiff is entitled to judgment as a matter of law, the Court grants judgment in favor of Plaintiff on her complaint.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
 Deputy Clerk



Date of issuance: 2/28/14

Court to serve